UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HARRIS,

    Plaintiff,

v.                              Case No: 8:13-cv-2619-T-36AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on December 10, 2014 (Doc. 23). Magistrate Judge Porcelli recommends that the decision of the Commissioner be reversed and the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 23) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   The final decision of the Commissioner is **REVERSED**. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of the Magistrate Judge (Doc. 23).

(3)   The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on January 6, 2015.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Anthony E. Porcelli